## JOHN MURRAY v. THE STATE.

1. The appeal in this case is dismissed for want of jurisdiction in this court, for the reason that there is no final judgment of the district court in the record.

2. The disregard in this case of the established rules in regard to the making of transcripts for appeals, elicits a severe rebuke by this court to the clerk of the court below, with a strong intimation that he is liable for a contempt of court.

APPEAL from Montague.    Tried below before the Hon. C. C. Binkley.

The charge was for assault with intent to murder, the indictment being found in October, 1870.   The jury returned a verdict of guilty, and assessed the penalty at two years in the penitentiary ; but no judgment appears to have been rendered on the verdict.

*John A. Green*, for the appellant.

*Wm. Alexander, Attorney General*, moved to dismiss.

OGDEN, J.—This appeal must be dismissed for want of jurisdiction in this court, for the reason that there is in the record no final judgment of the district court in this case.   And in dismissing the appeal we feel called upon to notice the unintelligible and confused collection of papers sent up here as a record.   The law and the long established rules of this court, in regard to the transcript, and the duties of the district clerk in making out the same, have been wholly diregarded, and the officer who made out the record in this case is liable to a severe penalty for a contempt of court.   The case is dismissed for the want of final judgment.

APPEAL DISMISSED.